IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERRY BOREN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV07-524-S-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DEPARTMENT OF CORRECTION, CORRECTION, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED.

DATED: **January 2, 2008**

*[signature]*

~~Honorable~~ Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**